In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the BROOKLYN-QUEENS CONNECTING HIGHWAY AND PARK ADDITIONS (FURMAN STREET) FROM HAMILTON AVENUE AT HICKS STREET TO PARK AVENUE AT NAVY STREET, in the Borough of Brooklyn. PIETRO TOMAO et al., Appellants.

Argued April 13, 1949; decided May 26, 1949.

*Frank Serri* for appellants.

*John P. McGrath, Corporation Counsel (Bernard H. Friedman, Harry E. O'Donnell* and *Reuben Levy* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.